FILED_____ LODGED
_____ RECEIVED
JUN - 7 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

10-CR-05222-ORD

JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-5222RJB |
| Plaintiff, | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. | |
| BERNARDINO RAMIREZ-SANTOS, | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and for Substitution of Counsel, and the accompanying Memorandum of Law and Ex-Parte, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender John Carpenter, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 7 day of ~~May~~ June, 2010.

_____
~~RONALD B. LEIGHTON~~  Robert J. Bryan
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ John R. Carpenter
John R. Carpenter
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710