UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARDINO RAMIREZ-SANTOS,<br><br>Defendant. | Case No: CR10-5222RJB<br><br>ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

THE COURT HAVING considered the file and the contents therein, and believing that the Defendant's Motion to Withdraw should be granted,

IT IS HEREBY ORDERED that Thomas E. Weaver is terminated as counsel for Defendant. The Clerk is directed to contact the CJA panel coordinator, who shall appoint new counsel to represent Defendant, Bernardino Ramirez-Santos. Defendant's Motion for New Trial Pursuant to FRCP 33 (Dkt. 57) is renoted for consideration on August 27, 2010.

DATED this 11th day of August, 2010.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

- 1- ORDER OF WITHDRAW

The Law Office of Thomas E. Weaver
P.O. Box 1056
Bremerton WA 98337
(360) 792-9345