Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR10-5222RJB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEFING IN OPPOSITION TO MOTION FOR NEW TRIAL |
| v. | ) | |
| | ) | |
| BERNARDINO RAMIREZ-SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has filed a Motion for Leave to Submit Supplemental Briefing in Opposition to the defendant's Motion for New Trial. The government seeks to respond to arguments and assertions made by the defendant in his Reply Memorandum Regarding Motion for New Trial, filed on October 15, 2010.

The Court finds that good cause exists to allow both parties to submit additional briefing.

//
//
//

ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL BRIEFING IN OPPOSITION TO
MOTION FOR NEW TRIAL/RAMIREZ-SANTOS- 1
No. CR10-5222RJB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  The government's Motion for Leave to Submit Supplemental Briefing is hereby
2 GRANTED.  Defendant may file a Sur-Reply.
3  DATED this 21st day of October, 2010.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL BRIEFING IN OPPOSITION TO
MOTION FOR NEW TRIAL/RAMIREZ-SANTOS- 2
No. CR10-5222RJB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800