UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARDINO RAMIREZ-SANTOS,<br><br>　　　　　Defendant. | Case No CR10-5222RJB<br><br>ORDER REGARDING SUPPLEMENTAL BRIEFING ON MOTION FOR NEW TRIAL |

　　　　The United States of America has filed a Second Motion for Leave to Submit Supplemental Briefing in Opposition to the defendants' Motion for New Trial.  The government seeks to submit additional evidence and briefing in response tot he defendant's Motion for New Trial (Dkt. 78).

　　　　The court finds that good cause exists to allow both parties to submit additional briefing.

　　　　The Government's Motion for Leave to submit Supplemental Briefing is hereby GRANTED.  Defendant may also file Supplemental Briefing on or before November 11, 2010.

　　　　The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

　　　　DATED this 8th day of November, 2010.

　　　　　　　　　　　　　　　　　*/s/ Robert J. Bryan*
　　　　　　　　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　　　　　　　　United States District Judge

ORDER REGARDING SUPPLEMENTAL BRIEFING ON MOTION FOR NEW TRIAL - 1